# EXHIBIT F



## ABOUT Lolli GLOSS

- Cosmetics as Seductive as Candy
- Unique Lip Gloss in 5 Fabulous Colors & Flavors
- Decadent Fashion with No Caloric Damage
- Stop In Your Tracks Product
- Innovative Brand
- Safe, Natural Flavors & Ingredients
- The Highest Quality Standards
- Innovative, Cool Design
- Music, Fashion, Art & Beauty
- Youthful, Fun, Flirty
- Global Brand Presence

Subscribe to be the first to know about our launch

| Email Address | Subscribe Now |



© 2017 by Candy Cosmetics    Proudly created with Wix.com