# EXHIBIT G

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

## ICANN WHOIS

| www.lolligloss.com | **Lookup** |

*Showing results for: lolligloss.com*

Original Query: www.lolligloss.com

# Contact Information

## Registrant Contact

Name: Registration Private

Organization: Domains By Proxy, LLC

Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US

Phone: +1.4806242599

Ext:

Fax: +1.4806242598

Fax Ext:

Email:lolligloss.com@domainsbyproxy.com

## Admin Contact

Name: Registration Private

Organization: Domains By Proxy, LLC

Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US

Phone: +1.4806242599

Ext:

Fax: +1.4806242598

Fax Ext:

Email:lolligloss.com@domainsbyproxy.com

## Tech Contact

Name: Registration Private

Organization: Domains By Proxy, LLC

Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US

Phone: +1.4806242599

Ext:

Fax: +1.4806242598

Fax Ext:

Email:lolligloss.com@domainsbyproxy.com

## Registrar

WHOIS Server: whois.godaddy.com

URL: http://www.godaddy.com

Registrar: GoDaddy.com, LLC

## Status

Domain Status:clientTransferProhibited http://www.icann.org /epp#clientTransferProhibited

IANA ID: 146
Abuse Contact
Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

Domain Status:clientUpdateProhibited
http://www.icann.org
/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited
http://www.icann.org
/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited
http://www.icann.org
/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2017-05-24
Created Date: 2017-05-24
Registration Expiration Date:
2019-05-24

## Name Servers

NS11.WIXDNS.NET
NS10.WIXDNS.NET

## Raw WHOIS Record

```
Domain Name: lolligloss.com
Registry Domain ID: 2127441377_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-05-24T15:09:16Z
Creation Date: 2017-05-24T15:09:16Z
Registrar Registration Expiration Date: 2019-05-24T15:09:16Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org
/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org
/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org
/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org
/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
```

```
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: lolligloss.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: lolligloss.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: lolligloss.com@domainsbyproxy.com
Name Server: NS11.WIXDNS.NET
Name Server: NS10.WIXDNS.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-07-07T23:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en

****************************************************
See Business Registration Listing
****************************************************
```

```
Copy and paste the link below to view additional details:
http://who.godaddy.com/whoischeck.aspx?domain=lolligloss.com

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as
is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly
forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.
In particular,
you agree not to use this data to allow, enable, or otherwise
make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further
agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or commercial
purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of

mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2017 Internet Corporation for Assigned Names and Numbers     Privacy Policy