# EXHIBIT H

# Kevin David

| | |
|---|---|
| **From:** | Tom Greenwood <tom@factumpartnersinc.com> |
| **Sent:** | Monday, June 20, 2016 7:39 PM |
| **To:** | Kevin David |
| **Cc:** | Cat |
| **Subject:** | Re: Have You Seen This? |

Yeah, I totally agree my man. We aren't only going to sell a 'lollipop' lip gloss…we are selling the brand, the image, the WOW…flickable we want as part of a lifestyle…we want to make the Flickable name synonymous with lollipop lip gloss…just as Kleenex is synonymous with facial tissue.

We are ready to knock your socks off with our plan and the costs we have been able to secure. We want to get this into market for the Christmas rush…based on the projections with our factory we can make this happen. This will also be key to assure that we create, control and dominate the market.


Sincerely,

Tom Greenwood
President & Founder

Factum Partners Inc.
P: (289) 291-4012
M: (416) 574-2274
E: tom@factumpartnersinc.com
www.FACTUMPARTNERSINC.com



Business Improvement & Growth Strategies

> On Jun 20, 2016, at 7:08 PM, Kevin David <kevin@flickable.com> wrote:
>
> I'm a very up front guy for better/worse.  Back when we came up with the concept and did the search that was NOT out in the market.  Just last week a friend sent me a pic of something called lolligloss which is basically another packaging version of the pic you sent.  Also was not out when we began.
>
> One one hand I'm a bit annoyed/pissed… on the other hand is the saying 'imitation is the greatest form of flattery'.  And really that is the most important thing to focus on.  We always knew once we came out others would follow and copy our concept.  But what they don't have is our design aesthetic, attention to detail, marketing view, presentation.
>
> You saw for yourself the interest in Dubai (who by the way is waiting on me to open Saudi) Your friends in Canada.  I have emails as recent as last week from Target and Bed Bath Beyond.  We have interest from some major retailers all around the world.
>
> When we came out we weren't the first 'lollipop lip gloss'.  What we did was do it right.  And compared to the pic you sent and others like it we are still doing it right and standing on our own.  Even knowing there are more out there we still stick out in a crowd.  The concept is clearly retail ready and as long as

1

we stay true to what makes us authentic and unique there is no less opportunity for our path to succe$$.

Peace, Love & Pops...

Kevin David
Director of Sales/Founder
Office: (646)201-9483

Www.flickable.com


-------- Original message --------
From: Tom Greenwood <tom@factumpartnersinc.com>
Date: 6/20/2016 5:25 PM (GMT-05:00)
To: Kevin David <kevin@flickable.com>
Subject: Re: Have You Seen This?

OK, cool. Thanks for the info!!



Sincerely,

Tom Greenwood
President & Founder

Factum Partners Inc.
P: (289) 291-4012
M: (416) 574-2274
E: tom@factumpartnersinc.com
www.FACTUMPARTNERSINC.com


> On Jun 20, 2016, at 12:27 PM, Kevin David <kevin@flickable.com> wrote:
>
> I have, yes.   They too used existing cosmetic packaging to make it look like a lollipop which is actually what they make. 3 key differences: 1. our patented pop head is clear, so the actual gloss shows the color.  2. Our patented wand looks like a Pop stick w/wrapper.  3.  We display as a lollipop standing in some form of holder.
>
> Peace, Love & Pops...
>
> Kevin David
> Director of Sales/Founder
> Office: (646)201-9483
>
> Www.flickable.com
>
>
> -------- Original message --------
> From: Tom Greenwood <tom@factumpartnersinc.com>
> Date: 6/20/2016 12:13 PM (GMT-05:00)

2

To: Kevin David <kevin@flickable.com>
Subject: Have You Seen This?

On doing our research and prep...we came across this...

<url.jpg>

Sincerely,

Tom Greenwood
President & Founder

Factum Partners Inc.
P: (289) 291-4012
M: (416) 574-2274
E: tom@factumpartnersinc.com
www.FACTUMPARTNERSINC.com

<PastedGraphic-1.tiff>

<url.jpg><PastedGraphic-1.tiff>