UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

FLICKABLE LLC,

               Plaintiff,

    -v-

FACTUM PARTNERS INC. and TOM GREENWOOD,

               Defendants.

------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 9, 2018
```

17-cv-5273 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

On Monday, January 8, 2018, the parties informed the Court that they have reached a settlement in principle. (ECF No. 49.) Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Friday, February 9, 2018**.

Any application to reopen **<u>must</u>** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
           January 9, 2018

                                                                   _____
                                                                 KATHERINE B. FORREST
                                                                 United States District Judge